UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:15-cv-01543
Name of party requesting extension: 3S-SMART SOFTWARE SOLUTIONS, GMBH
Is this the first application for extension of time in this case?  ✔ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 09/21/2015
Number of days requested:  ✔ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 11/11/2015   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Paul J. Tanck
State Bar No.: NY-4298840
Firm Name: Chadbourne & Parke LLP
Address: 1301 Avenue of the Americas
New York, NY 10019

Phone: (212) 408-5100
Fax: (212) 541-5369
Email: ptanck@chadbourne.com

A certificate of conference does not need to be filed with this unopposed application.