**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ROCKWELL AUTOMATION, INC.<br>　　　　Plaintiff,<br><br>　v.<br><br>3S-SMART SOFTWARE SOLUTIONS, GMBH<br>　　　　Defendant. | Civil Action No. 2:15-cv-01543<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF ROCKWELL AUTOMATION, INC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Having considered Plaintiff Rockwell Automation, Inc.'s ("Rockwell") Unopposed Motion For Extension of Time to file its response to Defendant 3S-Smart Software Solutions's Motion to Dismiss For Lack of Personal Jurisdiction And Improper Venue, Or, In the Alternative, Motion to Transfer Venue (Dkt. No. 11), the Court is of the opinion that Plaintiff's Motion should be and hereby is **GRANTED**. Plaintiff's response to Defendant's Motion to Dismiss is due on February 12, 2016.