# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., § § § § Plaintiff, § § v. § Civil Action No. 2:15-cv-01543 § 3S-SMART SOFTWARE SOLUTIONS, § GMBH, § § Defendant. § | |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant 3S-Smart Software Solutions, GmbH ("3S") states that it is a German Corporation with no other corporation or company owning ten percent or more of its stock.

Respectfully submitted this 8th day of February, 2016.

2

        Respectfully submitted,

        */s/ Ann G. Fort*
        Ann G. Fort (GA Bar No. 269995)
        (Admitted to USDC ED TX on 9/29/2015)
        Robert R. L. Kohse (GA Bar No. 863748)
        (Admitted to USDC ED TX on 11/10/2015)
        Sutherland Asbill & Brennan LLP
        999 Peachtree Street, NE
        Suite 2300
        Atlanta, GA 30309
        Phone: 404-853-8000
        Fax: 404-853-8806
        Email: ann.fort@sutherland.com
                rob.kohse@sutherland.com

*ATTORNEYS FOR DEFENDANT*
*3S-SMART SOFTWARE SOLUTIONS, GMBH*

**CERTIFICATE OF SERVICE**

This is to certify that on the 8th day of February, 2016, the foregoing document was filed electronically with the Court's ECF system, which caused an electronic copy to be served on all counsel of record.

/s/ Ann G. Fort
Ann G. Fort