IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROCKWELL AUTOMATION, INC.<br>            Plaintiff,<br><br>   v.<br><br>3S-SMART SOFTWARE SOLUTIONS, GMBH<br>            Defendant. | Civil Action No. 2:15-cv-01543-JRG-RSP<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF ROCKWELL AUTOMATION, INC.'S
## NOTICE OF COMPLIANCE

In compliance with P.R. 3-1 and 3-2, Plaintiff Rockwell Automation, Inc. files this Notice of Compliance notifying the Court that Plaintiff's Disclosure of Asserted Claims and Infringement Contentions were served on Defendant 3S-Smart Software Solutions GMBH on February 8, 2016.

Dated:  February 9, 2016                    Respectfully submitted,


                                            */s/ Eric H. Findlay*
                                            Eric H. Findlay
                                            State Bar No. 00789886
                                            Brian Craft
                                            State Bar No. 04972020
                                            Findlay Craft, P.C.
                                            102 N. College Ave, Ste. 900
                                            Tyler, TX 75702
                                            903-534-1100 (t)
                                            903-534-1137 (f)
                                            efindlay@findlaycraft.com
                                            bcraft@findlaycraft.com


                                            Of Counsel:

                                            Paul J. Tanck (NY-4298840)
                                            CHADBOURNE & PARKE LLP

1

1301 Avenue of the Americas  
New York, NY  10019  
Telephone:  (212) 408-5100  
Facsimile:  (212) 541-5369  
Email: ptanck@chadbourne.com

*Counsel for Plaintiff*
*Rockwell Automation, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2016 I electronically filed the foregoing **NOTICE OF COMPLIANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

*/s/ Eric H. Findlay*
Eric H. Findlay