**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ROCKWELL AUTOMATION, INC.<br>　　　　Plaintiff,<br><br>　　v.<br><br>3S-SMART SOFTWARE SOLUTIONS, GMBH<br>　　　　Defendant. | Civil Action No. 2:15-cv-01543-JRG-RSP |

**ORDER GRANTING PLAINTIFF ROCKWELL AUTOMATION, INC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S AMENDED MOTION TO DISMISS**

Having considered Plaintiff Rockwell Automation, Inc.'s ("Rockwell") Unopposed Motion For Extension of Time to file its response to Defendant 3S-Smart Software Solutions' Amended Motion to Dismiss For Lack of Personal Jurisdiction And Improper Venue, Or, In the Alternative, Motion to Transfer Venue (Dkt. No. 15), the Court is of the opinion that Plaintiff's Motion should be and hereby is **GRANTED**. Plaintiff's response to Defendant's Amended Motion to Dismiss is due on March 11, 2016.

**SIGNED this 9th day of February, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE