**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ROCKWELL AUTOMATION, INC.**<br>Plaintiff,<br><br>v.<br><br>**3S-SMART SOFTWARE SOLUTIONS, GMBH**<br>Defendant. | Civil Action No. 2:15-cv-01543-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF ROCKWELL AUTOMATION, INC.'S NOTICE OF SERVICE OF
INITIAL AND ADDITIONAL DISCLOSURES**

Pursuant to Paragraphs 1 and 3 of the Court's March 11, 2016 Discovery Order (Dkt. No. 29), in addition to the Court's March 9, 2016 Docket Control Order (Dkt. No. 28) in this case, Plaintiff Rockwell Automation, Inc. ("Rockwell") hereby files this Notice confirming that counsel of record for Defendant 3S-Smart Software Solutions GmbH was served with Rockwell's Initial and Additional Disclosures *via* electronic mail on March 14, 2016.

| | |
|---|---|
| Dated:  March 15, 2016 | Respectfully submitted,<br><br>By: */s/ Eric H. Findlay*<br>Eric H. Findlay<br>State Bar No. 00789886<br>Brian Craft<br>State Bar No. 04972020<br>Walter W. Lackey, Jr.<br>State Bar No. 24050901<br>Findlay Craft, P.C.<br>102 N. College Ave, Ste. 900<br>Tyler, TX 75702<br>903-534-1100 (t)<br>903-534-1137 (f)<br>efindlay@findlaycraft.com<br>bcraft@findlaycraft.com<br>wlackey@findlaycraft.com |

Of Counsel:

Paul J. Tanck (NY-4298840)
Gregory Carbo
CHADBOURNE & PARKE LLP
1301 Avenue of the Americas
New York, NY  10019
Telephone:  (212) 408-5100
Facsimile:  (212) 541-5369
Email: ptanck@chadbourne.com
Email: gcarbo@chadbourne.com

*Counsel for Plaintiff Rockwell Automation, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2016 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

*/s/ Eric H. Findlay*
Eric H. Findlay