**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., § <br> § <br> Plaintiff, § <br> § <br> v. § Civil Action No. 2:15-cv-01543 <br> § <br> 3S-SMART SOFTWARE SOLUTIONS, § <br> GMBH, § <br> § <br> Defendant. § | |

**DEFENDANT 3S-SMART SOFTWARE SOLUTION GMBH'S**
**NOTICE OF COMPLIANCE REGARDING INITIAL DISCLOSURES**

Pursuant to the Docket Control Order [Dkt. No. 28] and the Discovery Order [Dkt. No. 29], 3S-Smart Software Solution GmbH hereby notifies the Court that it has complied with Paragraph 1 of the Discovery Order and served its initial disclosures upon Plaintiff's counsel of record via electronic mail on March 14, 2016.

This 15th day of March, 2016.

                                                        Respectfully submitted,

                                                        */s/ Ann G. Fort*
                                                        Ann G. Fort (GA Bar No. 269995)
                                                        Robert R. L. Kohse (GA Bar No. 863748)
                                                        Sutherland Asbill & Brennan LLP
                                                        999 Peachtree Street, NE
                                                        Suite 2300
                                                        Atlanta, GA 30309
                                                        Phone: 404-853-8000
                                                        Fax: 404-853-8806
                                                        Email: ann.fort@sutherland.com
                                                                    rob.kohse@sutherland.com

        Jason Dwain Mazingo
        The Mazingo Firm, PC
        305 South Broadway
        Suite 404
        Tyler, TX 75702
        Phone:  903-630-7123
        Fax:  903-218-7849
        Email:  jason@mazingofirm

***ATTORNEYS FOR DEFENDANT***
***3S-SMART SOFTWARE SOLUTIONS, GMBH***

**CERTIFICATE OF SERVICE**

This is to certify that on the 15th day of March, 2016, the foregoing document was filed electronically with the Court's ECF system, which caused an electronic copy to be served on all counsel of record.

*/s/ Ann G. Fort*
Ann G. Fort