**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., § § Plaintiff, § § v. § § 3S-SMART SOFTWARE SOLUTIONS, § GMBH, § § Defendant. § § | Civil Action No. 2:15-cv-01543 JURY TRIAL REQUESTED |

## ORDER GRANTING JOINT MOTION TO EXTEND TIME TO SUBMIT PROTECTIVE ORDER

Having considered the Joint Motion to Extend Deadline Regarding Protective Order, the Court finds that good cause having been shown, it should be, and is hereby, GRANTED.

IT IS THEREFORE ORDERED that the parties have up to and including March 23, 2016 to file their protective order submission.

**SIGNED this 16th day of March, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE