**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ROCKWELL AUTOMATION, INC.<br>      Plaintiff,<br><br>v.<br><br>3S-SMART SOFTWARE SOLUTIONS, GMBH<br>      Defendant. | Civil Action No. 2:15-cv-01543-JRG-RSP |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO REPLY IN SUPPORT
OF THE AMENDED MOTION TO TRANSFER**

Having considered Defendant 3S-Smart Software Solutions GmbH's ("3S") Unopposed Motion For Extension of Time to Reply in Support of the Amended Motion to Transfer [Dkt. No. 15], the Court is of the opinion that Defendant's Motion should be and hereby is **GRANTED**. Defendant's reply brief in support of its Amended Motion to Transfer is due on or before April 1, 2016.

**SIGNED this 22nd day of March, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE