# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., § <br> §<br>Plaintiff, §<br> §<br>v. §<br> §<br>3S-SMART SOFTWARE SOLUTIONS, §<br>GMBH, §<br> §<br>Defendant. § | Civil Action No. 2:15-cv-01543 |

## DEFENDANT 3S-SMART SOFTWARE SOLUTION GMBH'S
## NOTICE OF COMPLIANCE REGARDING P. R. 3-3 INVALIDITY CONTENTIONS

Pursuant to the Docket Control Order [Dkt. No. 28], 3S-Smart Software Solution GmbH hereby notifies the Court that it has complied with P. R. 3-3 and served its Invalidity Contentions upon Plaintiff's counsel of record via electronic mail on April 4, 2016.

This 4th day of April, 2016.

    Respectfully submitted,

    */s/ Ann G. Fort*
    Ann G. Fort (GA Bar No. 269995)
    Robert R. L. Kohse (GA Bar No. 863748)
    Sutherland Asbill & Brennan LLP
    999 Peachtree Street, NE
    Suite 2300
    Atlanta, GA 30309
    Phone:  404-853-8000
    Fax:  404-853-8806
    Email:  ann.fort@sutherland.com
           rob.kohse@sutherland.com

        Jason Dwain Mazingo
        The Mazingo Firm, PC
        305 South Broadway
        Suite 404
        Tyler, TX 75702
        Phone: 903-630-7123
        Fax: 903-218-7849
        Email: jason@mazingofirm

***ATTORNEYS FOR DEFENDANT***
***3S-SMART SOFTWARE SOLUTIONS, GMBH***

## CERTIFICATE OF SERVICE

This is to certify that on the 4th day of April, 2016, the foregoing document was filed electronically with the Court's ECF system, which caused an electronic copy to be served on all counsel of record.

*/s/ Ann G. Fort*
Ann G. Fort