## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> 3S-SMART SOFTWARE SOLUTIONS, § <br> GMBH, § <br> § <br> Defendant. § | Civil Action No. 2:15-cv-01543 |

### DEFENDANT 3S-SMART SOFTWARE SOLUTION GMBH'S
### NOTICE OF COMPLIANCE REGARDING P. R. 3-4 DOCUMENT PRODUCTION

Pursuant to the Docket Control Order [Dkt. No. 28] and Defendant's Unopposed Motion for Extension of Time to Comply with P. R. 3-4 Document Production [Dkt. No. 44], 3S-Smart Software Solution GmbH hereby notifies the Court that it has complied with P. R. 3-4 and served its Document Production Accompanying Invalidity Contentions upon Plaintiff's counsel of record via Federal Express on April 5, 2016.

This 5th day of April, 2016.

    Respectfully submitted,

    */s/ Ann G. Fort*
    Ann G. Fort (GA Bar No. 269995)
    Robert R. L. Kohse (GA Bar No. 863748)
    Sutherland Asbill & Brennan LLP
    999 Peachtree Street, NE
    Suite 2300
    Atlanta, GA 30309
    Phone:  404-853-8000
    Fax:  404-853-8806

Email:  ann.fort@sutherland.com
rob.kohse@sutherland.com

Jason Dwain Mazingo
The Mazingo Firm, PC
305 South Broadway
Suite 404
Tyler, TX 75702
Phone:  903-630-7123
Fax:  903-218-7849
Email:  jason@mazingofirm

***ATTORNEYS FOR DEFENDANT***
***3S-SMART SOFTWARE SOLUTIONS, GMBH***

## CERTIFICATE OF SERVICE

This is to certify that on the 5th day of April, 2016, the foregoing document was filed electronically with the Court's ECF system, which caused an electronic copy to be served on all counsel of record.

/s/ Ann G. Fort
Ann G. Fort