**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ROCKWELL AUTOMATION, INC.<br>　　　　Plaintiff,<br><br>　　v.<br><br>3S-SMART SOFTWARE SOLUTIONS, GMBH<br>　　　　Defendant. | Civil Action No. 2:15-cv-01543-JRG-RSP |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY WITH P. R. 3-4 DOCUMENT PRODUCTION

Having considered Defendant 3S-Smart Software Solutions GmbH's Unopposed Motion for Extension of Time to Comply with P. R. 3-4 Document Production, the Court is of the opinion that Defendant's Motion should be and hereby is **GRANTED**.  Defendant's P. R. 3-4 Document Production is due on or before April 8, 2016.

**SIGNED this 6th day of April, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE