IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROCKWELL AUTOMATION, INC.<br>    Plaintiff,<br><br>v.<br><br>3S-SMART SOFTWARE SOLUTIONS, GMBH<br>    Defendant. | Civil Action No. 2:15-cv-01543-JRG-RSP |

## ORDER

On this day came on to be considered Plaintiff Rockwell Automation, Inc.'s ("Rockwell"), Unopposed Motion to Extend Time to File a Response to Defendant 3S-Smart Software Solutions GmbH's Amended Answer to Complaint and Counterclaims against Rockwell (Dkt. No. 25), and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Motion to Extend Time be granted and that Rockwell be given to and including April 22, 2016 to file a response to Defendant 3S-Smart Software Solutions GmbH's Amended Answer to Complaint and Counterclaims against Rockwell (Dkt. No. 25).

**SIGNED this 19th day of April, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE