# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

**ROCKWELL AUTOMATION, INC.**

**v.**

**3-S SMART SOFTWARE SOLUTIONS, GMBH**

**CASE NO. 2:15-cv-01543-JRG-RSP**

## MEDIATOR'S REPORT

Pursuant to the Court's order mediation was conducted on May 2, 2016.  All appropriate parties appeared and participated.  No settlement was reached, and I suspended the mediation session.  I will, however, follow up with the parties, and continue to work with them in an effort to see if the case can be resolved prior to trial.

## CERTIFICATE OF SERVICE

The mediator's report was served electronically in compliance with Local Rule CV-5(a) upon all known counsel of record via the Court's CM/ECF system, on May 3, 2016.

*/s/ William Cornelius*

WILLIAM CORNELIUS, MEDIATOR