# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ROCKWELL AUTOMATION, INC.<br>   Plaintiff,<br><br> v.<br><br>3S-SMART SOFTWARE SOLUTIONS, GMBH<br>   Defendant. | Civil Action No. 2:15-cv-01543-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF ROCKWELL AUTOMATION, INC.'S NOTICE OF COMPLIANCE WITH LOCAL PATENT RULE 4-2

Pursuant to P.R. 4-2 and the Court's March 9, 2016 Docket Control Order (Dkt. No. 28), Plaintiff Rockwell Automation, Inc.'s hereby files this notice confirming that it has complied with said Order and served its Patent Rule 4-2 (Exchange Preliminary Claim Constructions) on counsel for Defendant on May 13, 2016 *via* electronic mail.

Dated: May 16, 2016

Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
Walter W. Lackey, Jr.
State Bar No. 24050901
Findlay Craft, P.C.
102 N. College Ave, Ste. 900
Tyler, TX 75702
903-534-1100 (t)
903-534-1137 (f)
efindlay@findlaycraft.com
bcraft@findlaycraft.com
wlackey@findlaycraft.com

Of Counsel:

Paul J. Tanck (NY-4298840)

Gregory Carbo
CHADBOURNE & PARKE LLP
1301 Avenue of the Americas
New York, NY  10019
Telephone:  (212) 408-5100
Facsimile:  (212) 541-5369
Email: ptanck@chadbourne.com
Email: gcarbo@chadbourne.com

*Counsel for Plaintiff Rockwell Automation, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2016, all counsel of record who have consented to electronic service are being served with a copy of this document *via* the Court's CM/ECF system.

    */s/ Eric H. Findlay*
Eric H. Findlay