**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ROCKWELL AUTOMATION, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:15-cv-01543 |
| 3S-SMART SOFTWARE SOLUTIONS, GMBH, | § § § | |
| Defendant. | § § | |

**DEFENDANT 3S-SMART SOFTWARE SOLUTION GMBH'S
NOTICE OF COMPLIANCE REGARDING PATENT RULE 4-1 AND 4-2**

Pursuant to P. R. 4-1 and 4-2 and the Docket Control Order [Dkt. No. 28], 3S-Smart Software Solution GmbH hereby files this notice confirming that it has complied with said Order and served its P. R. 4-1 (Exchange Proposed Patent Terms) on counsel for Plaintiff on April 22, 2016, and its P. R. 4-2 (Exchange Preliminary Claim Constructions) on counsel for Plaintiff on May 13, 2016, both via electronic mail.

This 16th day of May, 2016.

                                              Respectfully submitted,

                                              */s/ Robert Kohse*
                                              Ann G. Fort (GA Bar No. 269995)
                                              Robert R. L. Kohse (GA Bar No. 863748)
                                              Sutherland Asbill & Brennan LLP
                                              999 Peachtree Street, NE
                                              Suite 2300
                                              Atlanta, GA 30309
                                              Phone:  404-853-8000
                                              Fax:  404-853-8806
                                              Email:  ann.fort@sutherland.com
                                                         rob.kohse@sutherland.com

      Jason Dwain Mazingo
      The Mazingo Firm, PC
      305 South Broadway
      Suite 404
      Tyler, TX 75702
      Phone:  903-630-7123
      Fax:  903-218-7849
      Email:  jason@mazingofirm

***ATTORNEYS FOR DEFENDANT***
***3S-SMART SOFTWARE SOLUTIONS, GMBH***

## CERTIFICATE OF SERVICE

This is to certify that on the 16th day of May, 2016, the foregoing document was filed electronically with the Court's ECF system, which caused an electronic copy to be served on all counsel of record.

/s/ Robert Kohse
Robert Kohse