**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 2:15-cv-01543 |
| § | |
| 3S-SMART SOFTWARE SOLUTIONS, § | |
| GMBH, § | |
| § | |
| Defendant. § | |

## DEFENDANT 3S-SMART SOFTWARE SOLUTION GMBH'S SUPPLEMENTAL NOTICE OF COMPLIANCE REGARDING P. R. 3-3 INVALIDITY CONTENTIONS

Pursuant to the Docket Control Order [Dkt. No. 28], 3S-Smart Software Solution GmbH hereby notifies the Court that it complied with P. R. 3-3 and served its Invalidity Contentions upon Plaintiff's counsel of record via electronic mail on April 4, 2016. Those Invalidity Contentions are attached hereto as Exhibit A.

This 13th day of June, 2016.

        Respectfully submitted,

        */s/ Robert Kohse*
        Ann G. Fort (GA Bar No. 269995)
        Robert R. L. Kohse (GA Bar No. 863748)
        Sutherland Asbill & Brennan LLP
        999 Peachtree Street, NE
        Suite 2300
        Atlanta, GA 30309
        Phone: 404-853-8000
        Fax: 404-853-8806
        Email: ann.fort@sutherland.com
               rob.kohse@sutherland.com

*ATTORNEYS FOR DEFENDANT*
*3S-SMART SOFTWARE SOLUTIONS, GMBH*

**CERTIFICATE OF SERVICE**

This is to certify that on the 13th day of June, 2016, the foregoing document was filed electronically with the Court's ECF system, which caused an electronic copy to be served on all counsel of record.

                    */s/ Robert Kohse*
                    Robert Kohse