**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ROCKWELL AUTOMATION, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:15-cv-01543 |
| | § | |
| 3S-SMART SOFTWARE SOLUTIONS, | § | |
| GMBH, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**DEFENDANT 3S-SMART SOFTWARE SOLUTION GMBH'S**
**NOTICE OF COMPLIANCE REGARDING PRIVILEGE LOG**

Pursuant to the Docket Control Order [Dkt. No. 28], 3S-Smart Software Solution GmbH

hereby notifies the Court that it has complied with the Docket Control Order and served its

Privilege Log upon Plaintiff's counsel of record via electronic mail on July 15, 2016.

This 15th day of July, 2016.

Respectfully submitted,

*/s/ Ann G. Fort*
Ann G. Fort (GA Bar No. 269995)
Robert R. L. Kohse (GA Bar No. 863748)
Walter S. Freitag (GA Bar No. 510393)
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Suite 2300
Atlanta, GA 30309
Phone:  404-853-8000
Fax:  404-853-8806
Email:  ann.fort@sutherland.com
        rob.kohse@sutherland.com
        walter.freitag@sutherland.com

2

Jason Dwain Mazingo
The Mazingo Firm, PC
305 South Broadway
Suite 404
Tyler, TX 75702
Phone:  903-630-7123
Fax:  903-218-7849
Email:  jason@mazingofirm

***ATTORNEYS FOR DEFENDANT***
***3S-SMART SOFTWARE SOLUTIONS, GMBH***

3

## CERTIFICATE OF SERVICE

This is to certify that on the 15th day of July, 2016, the foregoing document was filed electronically with the Court's ECF system, which caused an electronic copy to be served on all counsel of record.

/s/ Walter S. Freitag
Walter S. Freitag