**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ROCKWELL AUTOMATION, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § Case No. 2:15-cv-1543-JRG-RSP | |
| 3S-SMART SOFTWARE SOLUTIONS § | |
| GMBH, § | |
| § | |
| Defendant. § | |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court appoints David Keyzer as the Court's technical advisor in this case, with his fees and expenses to be assessed equally between Plaintiff and Defendant and timely paid as billed. The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials no later than two business days after the date of their filing or the date of this Order, whichever is earlier, to david@keyzerlaw.com. The courtesy copies should be sent in PDF form and copies of all documents filed with the Court should bear CM/ECF headings.

**SIGNED this 25th day of July, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE