**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ROCKWELL AUTOMATION, INC. | § § § § § § § | |
| v. | | Case No. 2:15-CV-1543-JRG-RSP |
| 3S-SMART SOFTWARE SOLUTIONS GMBH | | |

**ORDER**

Before the Court is a letter brief filed by 3S-Smart Software Solutions GmbH requesting permission to file a motion for summary judgment. (Dkt. No. 65).

To simplify this case, the Court will not impose a requirement that parties submit letter briefs seeking permission to file summary judgment motions. Parties may file summary judgment motions prior to the deadline to file dispositive motions without seeking or obtaining leave of Court.[1]

Accordingly, the letter brief (Dkt. No. 65) is **GRANTED** and the parties need not file further letter briefs.

**SIGNED this 28th day of July, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

---

[1] Per Local Rule CV-7(a), case dispositive motions shall not exceed thirty (30) pages, non-dispositive motions shall not exceed fifteen (15) pages, and a party's summary judgment motions shall not exceed a collective total of sixty (60) pages.