# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ROCKWELL AUTOMATION, INC. | § | |
| | § | |
| v. | § | Case No. 2:15-CV-1543-JRG-RSP |
| | § | |
| 3S-SMART SOFTWARE SOLUTIONS GMBH | § § | |

**Markman Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
**August 24, 2016**

**OPEN:** 1:30 pm     **ADJOURN:** 4:20 pm

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Paul Tanck |
| | Greg Carbo |
| | Brian Craft |
| ATTORNEY FOR DEFENDANTS: | Ann Fort |
| | Jason Mazingo |
| | Robert Kohse |
| TECHNICAL ADVISOR: | David Keyzer |
| LAW CLERK: | Richard Chen |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Brian Craft announced ready and introduced co-counsel. Jason Mazingo announced ready and introduced co-counsel.

The Court heard argument on a term by term basis. Paul Tanck presented argument on behalf of Plaintiff. Ann Fort presented argument on behalf of Defendant.

The Court took the claim construction matters under submission.