**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ROCKWELL AUTOMATION, INC., | § § § | |
| Plaintiff, | § § | Civil Action No. 2:15-cv-01543 |
| v. | § § | |
| 3S-SMART SOFTWARE SOLUTIONS, GMBH, | § § § | |
| Defendant. | § | |

**NOTICE OF SUBPOENA TO OPC FOUNDATION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendant 3S-Smart Software Solutions GmbH ("3S") is requesting non-party OPC Foundation to produce at the Scottsdale Marriott at McDowell Mountains, 16770 N. Perimeter Dr., Scottsdale, AZ, 85260 on or before September 6, 2016, or by e-mail to ann.fort@sutherland.com, all communications exchanged between the OPC Foundation and Plaintiff Rockwell Automation, Inc. as specified in the Subpoena to the OPC Foundation. The Subpoena is attached hereto and is incorporated herein as Exhibit 1.

This 6th day of September, 2016.

Respectfully submitted,

*/s/ Ann G. Fort*
Ann G. Fort (GA Bar No. 269995)
Robert R. L. Kohse (GA Bar No. 863748)
Walter S. Freitag (GA Bar No. 510393)
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Suite 2300
Atlanta, GA 30309
Phone: 404-853-8000
Fax: 404-853-8806
Email: ann.fort@sutherland.com
rob.kohse@sutherland.com
walter.freitag@sutherland.com

Paul J. Skiermont (TX Bar No. 24033073)
Alexander E. Gasser (Wis. Bar No. 1022659)
Steven W. Hartsell (TX Bar No. 24040199)
Steven J. Udick (TX Bar No. 24079884)
Skiermont Derby LLP
2200 Ross Avenue, Suite 4800W
Dallas, TX 75201
Phone: 214-978-6600
Email: paul.skiermont@skiermontderby.com
agasser@skiermontderby.com
shartsell@skiermontderby.com
sudick@skiermontderby.com

Jason D. Mazingo
The Mazingo Firm, PC
305 South Broadway
Suite 404
Tyler, TX 75702
Phone: 903-630-7123
Fax: 903-218-7849
Email: jason@mazingofirm.com

***ATTORNEYS FOR DEFENDANT***
***3S-SMART SOFTWARE SOLUTIONS, GMBH***

## CERTIFICATE OF SERVICE

      This is to certify that on the 6th day of September, 2016, the foregoing document was filed electronically with the Court's ECF system, which caused an electronic copy to be served on all counsel of record.

                                          */s/ Ann G. Fort*
                                          Ann G. Fort