**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **ROCKWELL AUTOMATION, INC.** <br><br> **v.** <br><br> **3-S SMART SOFTWARE SOLUTIONS, GMBH** | **CASE NO. 2:15-cv-01543-JRG-RSP** |

## MEDIATOR'S REPORT

A follow up mediation was conducted on October 14, 2016 resulting in settlement. All parties and counsel participated.

## CERTIFICATE OF SERVICE

The mediator's report was served electronically in compliance with Local Rule CV-5(a) upon all known counsel of record via the Court's CM/ECF system, on October 17, 2016.

*/s/ William Cornelius*
WILLIAM CORNELIUS, MEDIATOR