**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ROCKWELL AUTOMATION, INC.<br>Plaintiff,<br><br>v.<br><br>3S-SMART SOFTWARE SOLUTIONS,<br>GMBH<br>Defendant. | Civil Action No. 2:15-cv-01543-JRG-RSP |

## ORDER GRANTING JOINT MOTION TO STAY DEADLINES

Before the Court is Rockwell Automation, Inc. ("Rockwell") and 3S-Smart Software Solutions, GMBH ("3S") (together the "Parties") Joint Motion to Stay Deadlines so that the parties may finalize the settlement.  Based on the motion, the grounds set forth therein, the pleadings and other filings in this case, and the agreement of the parties to the motion, the Court finds that good cause has been established and the Joint Motion to Stay should be GRANTED.

It is therefore ORDERED that all proceedings between Rockwell Automation, Inc. and 3S-Smart Software Solutions, GMBH, including all pending deadlines, are stayed until November 16, 2016.

If the parties have not filed dismissal papers or a Joint Motion to Dismiss by November 17, 2016, the parties are ORDERED to appear for a status conference on November 18, 2016 at 9:00 A.M.

**SIGNED this 23rd day of October, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE