IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROCKWELL AUTOMATION, INC.<br>　　　　Plaintiff,<br><br>　　v.<br><br>3S-SMART SOFTWARE SOLUTIONS, GMBH<br>　　　　Defendant. | Civil Action No. 2:15-cv-01543-JRG-RSP |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), recognizing the Stipulation of Dismissal filed by Plaintiff Rockwell Automation, Inc. ("Rockwell") and Defendant 3S-Smart Software Solutions, GMBH ("3S") pursuant to a settlement of the above-captioned litigation between the parties, it is ordered as follows:

ORDERED that the claims asserted herein by Plaintiff Rockwell Automation, Inc. against Defendant 3S-Smart Software Solutions, GMBH in the action be, and hereby are, dismissed with prejudice;

ORDERED that the counterclaims and defenses asserted herein by Defendant 3S-Smart Software Solutions, GMBH against Plaintiff Rockwell Automation, Inc. be, and hereby are, dismissed with prejudice; and

ORDERED that the parties shall bear their own attorneys' fees, expenses and costs.

**SIGNED this 17th day of November, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE