AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ on the following

☐ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| PLAINTIFF | | DEFENDANT |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy**

# REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK

*Continued*

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 5,844,795 | 12/1/1998 | Rockwell Automation, Inc. |
| 5,845,149 | 12/1/1998 | Rockwell Automation, Inc. |
| 5,940,293 | 8/17/1999 | Rockwell Automation, Inc. |
| 6,138,174 | 10/24/2000 | Rockwell Automation, Inc. |
| 6,247,168 | 6/12/2001 | Rockwell Automation, Inc. |
| 6,675,226 | 6/6/2004 | Rockwell Automation, Inc. |
| 6,816,817 | 11/9/2004 | Rockwell Automation, Inc. |
| 6,978,225 | 10/20/2005 | Rockwell Automation, Inc. |
| 7,130,704 | 10/31/2006 | Rockwell Automation, Inc. |
| 7,143,366 | 11/28/2006 | Rockwell Automation, Inc. |
| 7,693,585 | 4/6/2010 | Rockwell Automation, Inc. |
| 7,716,567 | 5/11/2010 | Rockwell Automation, Inc. |
| 7,836,122 | 11/16/2010 | Rockwell Automation, Inc. |